Probation Form No. 35 (1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                                                                Crim. No. 4:02CR00138-01 GH

EMMA OLVERA

      On April 27, 2004, the above-named defendant was sentenced for the offense of perjury to a prison term of five months to be served at a halfway house in Little Rock, with a three year term of supervised release to follow. In addition, the following special conditions were ordered: financial disclosure with no new lines of credit, if she is deported after serving her period of incarceration, a special condition is imposed where she will not be allowed to return to the United States during the period of supervised release, if she does return, it will be considered a violation of her supervised release, the first 5 months of supervised release will be spent on home detention with electronic monitoring, $400 restitution and a $100 special penalty assessment.

Upon release from prison the defendant began supervision on March 11, 2004. Restitution was paid in full on March 26, 2004. Ms. Olvera has maintained a stable residence and employment throughout her period of supervised release. She has not had any violations and has been compliant with all conditions imposed. She has made progressive strides and achieved supervision objectives and appears to pose no risk to public safety as her criminal history does not include any history of violence.

Ms. Olvera meets the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law under 18 U.S.C. 3583(e)(1); additionally, she has completed 23 months of supervision as required by statute. Therefore, it is recommended that the term of supervision be terminated.

Respectfully submitted,

Edward Morin
U.S. Probation Officer

Agree: _____
Assistant U.S. Attorney

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this _1_ day of _March_, _2006_.

_____
Honorable George Howard Jr.
U.S. District Judge